944

No. 465, Misc. EDWARDS *v.* OHIO, *ante*, p. 936. Rehearing denied. Motion for stay of execution also denied.

MAY 12, 1952.

No. 666. SINGLETON *v.* UNITED STATES.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Greenberg* v. *United States,* 343 U. S. 918; *Hoffman* v. *United States,* 341 U. S. 479. THE CHIEF JUSTICE and MR. JUSTICE REED dissent. MR. JUSTICE DOUGLAS dissents from the action of the Court in reversing without oral argument. *Lemuel B. Schofield* for petitioner. *Solicitor General Perlman* for the United States.

No. 722. TOM'S EXPRESS, INC. ET AL. *v.* DIVISION OF STATE HIGHWAY PATROL, DEPARTMENT OF HIGHWAYS, OF OHIO.

*Per Curiam:* The appeal is dismissed for the want of a substantial federal question. MR. JUSTICE REED and MR. JUSTICE DOUGLAS dissent. *Taylor C. Burneson* and *J. E. Simpson* for appellants.